[No. 6,884.—Department One.]

## S. V. TREADWAY ET AL. v. J. G. JAMES ET AL.

DAMAGES—NONSUIT.

APPEAL from a judgment for defendant, and an order denying a new trial, in the Fifth District Court, County of San Joaquin.   BOOKER, J.

After the decision, the respondents filed their petition for rehearing in Bank, and the application was denied.

*J. H. Budd*, and *L. T. Carr*, for Appellants.

*W. L. Dudley*, and *P. S. Wilkes*, for Respondents.

THORNTON, J.:

The plaintiffs in this case showed that they were entitled to at least nominal damages.   Their cattle, when in a very poor condition, and in a dry season when there was no food for them except at a distance, were excluded by the defendants from land where the plaintiffs had a right to have them, from which a cause of action arose, and by which they suffered some damage. The nonsuit was improperly granted, and the judgment and order denying defendants' motion for a new trial are consequently reversed, and the cause remanded for a new trial.

SHARPSTEIN, J., and MYRICK, J., concurred.